NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD COOPER & GALE, LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:    (415) 646-4700
Facsimile:    (205) 254-1999

Attorneys for Defendant
AMERICAN STATES PREFERRED INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE S. DEVILLENA,<br><br>               Plaintiff,<br><br>   v.<br><br>AMERICAN STATES PREFERRED INSURANCE COMPANY, AND ADAM PRITCHARD AS AN INDIVIDUAL, AND DOES 1-20 INCLUSIVE,<br><br>               Defendants. | Case No. 2:22-cv-00261-KJM-AC<br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO COMPLAINT** |

It is hereby stipulated by and between plaintiff Marjorie S. Devillena and defendant American States Preferred Insurance Company ("American States") through their respective attorneys of record, that American States shall have up to and including March 18, 2022, to serve and file its response to plaintiff's complaint in this action.

IT IS SO STIPULATED.

Dated:  March 14, 2022                                                                 MAYNARD COOPER & GALE, LLP


                                                                                        */s/ Norman Lau*
                                                                                  By:   NICHOLAS J. BOOS
                                                                                        NORMAN LAU

                                                                                        Attorneys for Defendant
                                                                                        AMERICAN STATES PREFERRED
                                                                                        INSURANCE COMPANY

{06341751.1}
**STIPULATION AND ORDER REGARDING RESPONSE TO COMPLAINT**

Dated:  March 14, 2022                                MANZOOR LAW FIRM, INC.

                                          By:   */s/ Shahid Manzoor*
                                                 SHAHID MANZOOR
                                                 SACHIN KALRA

                                                 Attorneys for Plaintiff
                                                 MARJORIE S. DEVILLENA

# ORDER

   Pursuant to stipulation, IT IS SO ORDERED.

DATED:  March 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE