NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD COOPER & GALE, LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:   (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendant
AMERICAN STATES PREFERRED INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE S. DEVILLENA,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICAN STATES PREFERRED INSURANCE COMPANY, AND ADAM PRITCHARD AS AN INDIVIDUAL, AND DOES 1-20 INCLUSIVE,<br><br>          Defendants. | Case No. 2:22-cv-00261-KJM-AC<br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO SECOND AMENDED COMPLAINT** |

It is hereby stipulated by and between plaintiff Marjorie S. Devillena and defendant American States Preferred Insurance Company ("American States") through their respective attorneys of record, that American States shall have up to and including February 3, 2023, to serve and file its response to Plaintiff's second amended complaint in this action.

IT IS SO STIPULATED.

Dated:  January 27, 2023                                         MAYNARD COOPER & GALE, LLP


                                                                                  */s/ Norman Lau*
                                                            By:     NICHOLAS J. BOOS
                                                                       NORMAN LAU

                                                                   Attorneys for Defendant
                                                                   AMERICAN STATES PREFERRED
                                                                   INSURANCE COMPANY

{06715689.1}

**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO SECOND AMENDED COMPLAINT**

Dated:  January 27, 2023                                       MANZOOR LAW FIRM, INC.

                                                      */s/ Shahid Manzoor*
                                               By:    SHAHID MANZOOR
                                                      SACHIN KALRA

                                                      Attorneys for Plaintiff
                                                      MARJORIE S. DEVILLENA

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED American States shall have up to and including February 3, 2023, to serve and file its response to Plaintiff's second amended complaint in this action.

DATED:  February 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
COUNTY OF SAN FRANCISCO       )

      I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO SECOND AMENDED COMPLAINT**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

**[X]**    **BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

Shahid Manzoor (SBN 296862)
shahid@manzoorlawoffice.com
Sachin Kalra (SBN 309314)
sachin@manzoorlawoffice.com
MANZOOR LAW FIRM, INC.
3017 Douglas Blvd., Ste. 104
Roseville, CA 95661
Tel: (916) 306-1665
Fax: (916) 244-9852

*Attorneys for Plaintiff Marjorie Devillena*

      I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on January 27, 2023, in San Francisco, California.

                                                                  Brian Day