UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE S. DEVILLENA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STATES PREFERRED INSURANCE COMPANY, AND ADAM PRITCHARD AS AN INDIVIDUAL, AND DOES 1-20 INCLUSIVE,<br><br>Defendants. | No.  2:22-cv-00261 KJM AC<br><br><br><br>ORDER |

Pending before the court is plaintiff's motion to compel.  ECF No. 56.  The motion was set for hearing on the papers on May 26, 2023.  ECF No. 57.  This discovery matter was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1).

Local Rule 251(b) establishes requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26 through 37, including the requirement that the parties file a joint discovery statement.  Here, no joint discovery statement has been filed.  Because the joint statement requirement was not satisfied and the motion was never briefed, the motion to compel discovery (ECF No. 56) will be denied without prejudice.  See e.g., U.S. v. Molen, 2012 WL 5940383, at *1 (E.D.Cal. Nov. 27, 2012) (where a party fails to comply with Local Rule 251, discovery motions are denied without prejudice to re-filing).

1

1  For the reasons stated above, IT IS HEREBY ORDERED that plaintiff's motion to
2  compel, ECF No. 56, is DENIED without prejudice.
3       IT IS SO ORDERED.
4  DATE: July 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE